DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FABION WELSH,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and
**SHANNAKAYE SHUSHANNA MORGAN WELSH,**
Appellees.

No. 4D21-1715

[September 8, 2021]

Administrative appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case Nos. 56210000854DR and CSE 2001669180.

Fabion Welsh, Port St. Lucie, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

***ON CONFESSION OF ERROR***

PER CURIAM.

Appellant Fabion Welsh appeals from a final administrative support order entered by the Florida Department of Revenue Child Support Program ("the Department"). Appellant contends that he did not receive a "Proposed Administrative Final Order" and was not given an opportunity to request a hearing prior to the issuance of the final administrative support order. He also challenges several of the order's findings, including the failure to credit him for payment of his child's health insurance premiums.

In response, the Department confesses error, noting that it did not properly account for Appellant's information concerning health insurance costs in calculating child support. The Department maintains that it "should have issued an Amended Proposed Order, with accompanying amended child support guideline worksheets, factoring the health

insurance costs into the child support guidelines," consistent with section 409.2563(5)(d), Florida Statutes (2021).

Per the Department's confession of error, the final support order is reversed and remanded for the issuance of an amended proposed administrative support order. Should Appellant disagree with the proposed order, Appellant may thereafter request an administrative hearing or contact the Department for an informal discussion. *See* § 409.2563(5)(c), Fla. Stat. (2021).

*Reversed and remanded.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***